UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

AMANDA TEEKASINGH,

                Plaintiff,        24-cv-8305 (JGK)

    - against -              ORDER

WAL-MART ASSOCIATES, INC.,

                Defendant.
---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 10, 2025.

SO ORDERED.

Dated:    New York, New York
            December 23, 2024

                                                _____
                                                John G. Koeltl
                                          United States District Judge