# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

January 22, 2025

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312

<u>Re: Teekasingh v. Wal-Mart Associates, Inc.</u>
Case No. 24-CV-08305 (JGK)(GS)
**Motion to Adjourn Conference**

Dear Judge Koeltl:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request an adjournment of the pre-motion conference scheduled for January 29, 2025. The reason for this request is that I have a previously scheduled mediation on January 29, 2025 and the parties in this case also have a mediation scheduled for February 27, 2025.

Therefore, is respectfully requested that this Honorable Court adjourn the pre-motion conference and the deadline for Plaintiff to response to Defendant Motion for Conference filed by Defendant at ECF No. 20 to a date after the February 27, 2025 mediation which may obviate the need for further litigation. I reached out to defense counsel concerning this request but did not hear back as of this filing and given the short time frame, wanted to make this request sooner rather than later. No prior request for an adjournment of this Conference was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**Cc: Defense counsel via ECF**

---

*Handwritten order:*

This action is stayed. The parties should provide a status report by March 7, 2025. The 1/29/25 Conference is canceled. So ordered.

1/23/25  /s/ John G. Koeltl / U.S.D.J.