UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMANDA TEEKASINGH,
                       Plaintiff(s)

    24 civ 8305 (JGK)

    -against-

WAL-MART ASSOCIATES, INC.,
                       Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, February 25, 2025, at 2:30pm, is canceled.

**SO ORDERED.**

                                                                           **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 19, 2025