**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**AMANDA TEEKASINGH**

                   **Plaintiff,**　　　　**24-cv-8305 (JGK)**

    **- against -**　　　　　　　**ORDER**

**WAL-MART ASSOCIATES, INC.**

               **Defendant.**

**JOHN G. KOELTL, District Judge:**

    The parties should advise the Court regarding the status of

this case by **September 30, 2025.**

**SO ORDERED.**

**Dated:**　　**New York, New York**
　　　　　**September 16, 2025**

                           **John G. Koeltl**
                   **United States District Judge**