UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANDA TEEKASINGH

                  Plaintiff,            24-cv-8305 (JGK)

       - against -             ORDER

WAL-MART ASSOCIATES, INC.

                  Defendant.

---

JOHN G. KOELTL, District Judge:

The parties should advise the Court regarding the status of this case by **January 26, 2026**.

SO ORDERED.

Dated:    New York, New York
         January 12, 2026

                                      John G. Koeltl
                       United States District Judge