UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

AMANDA TEEKASINGH,

                        Plaintiff,          24-cv-8305 (JGK)

         - against -              ORDER

WAL-MART ASSOCIATES, INC.,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

It has been reported to the Court that the parties have settled this Fair Labor Standards Act case (ECF No. 46). By **February 24, 2026,** the parties should submit a letter to the Court attaching the settlement agreement and explaining why it is fair, reasonable, and adequate. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 200 (2d Cir. 2015).

The letter should include an explanation of the attorney's fees and costs, together with the necessary time records, biographies, and billing rates to calculate the lodestar.

The action is **stayed** pending the parties' submission.

SO ORDERED.

Dated:    New York, New York
          January 27, 2026

                                  _____
                                  John G. Koeltl
                       United States District Judge