**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Amanda Teekasingh,<br><br>                              Plaintiff,<br><br>    -v-<br><br>Wal-Mart Associates, Inc.,<br><br>                              Defendant. | **Civ. Action #: 24-CV-08305 (JGK)(GS)**<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 29, 2026; and Defendant Wal-Mart Associates, Inc., having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Amanda Teekasingh in the amount of $25,000.00;

ORDERED and ADJUDGED that judgment is entered in favor of Amanda Teekasingh and against Defendant Wal-Mart Associates, Inc., in the amount of $25,000.00.

Dated: ~~January~~ February 2, 2026
New York, New York

_____
Hon. John G. Koeltl
United States District Judge